2

David N. Chandler, Jr.  SBN 235427
DAVID NYLE CHANDLER P.C.
1747 Fourth Street
Santa Rosa, CA  95404
Telephone: (707) 528-4331
email: dave@dnchandler.com

Attorney for Eric and Samantha Palm

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| IN RE: | BK NO. 23-20695 |
| | DNC-1 |
| TRUSSTED PLANS & DESIGN INC., | Chapter 7 |
| | DECLARATION OF PATRICIA K. CONWAY RE: MOTION FOR RELIEF |
| Debtor.            / | FROM AUTOMATIC STAY |
| | Date: June 28, 2023 |
| | Time: 10:00 a.m. |
| | Place: Bankruptcy Court |
| | 501 I Street, 6th Floor |
| | Sacramento, CA |
| | Courtroom 35 |

I, Patricia K. Conway, declare and say:

1. That if called as a witness, I am competent to testify to the within matters from my own knowledge.

2. I am an attorney at law, duly licensed to practice before all courts in the State of California. I am employed by Brekhus Law Partners, which maintains its offices at 1000 Drakes Landing Road, Greenbrae, CA 94904.

3. My office represents Eric and Samantha Palm relative to

1

their dispute with Trussted Plans & Design, Inc., the debtor in this Chapter 7 case.  The dispute concerns the Debtor's deficient work and damage it caused to my Clients' home.  I am the responsible attorney working on the matter.

4. In connection with my representation of Eric and Samantha Palm relative with their dispute with the Debtor, a Certificate of Liability Insurance, dated January 3, 2023, was delivered to me by the Debtor's Attorney, a true and correct copy of which is attached hereto as Exhibit A.

5. On behalf of my Clients, I have submitted a claim against the policy referenced in Exhibit A for the damages they suffered as a result of the Debtor's errors & omissions.

6.  I was advised by an insurance representative that Dayanne Szamreta (AKA Dayanne Mirra, Dayanne Engenheira) instructed the insurer to withdraw my Clients' claim.  Although we are in the early stages, it is possible that my Clients will need to bring an action to establish the Debtor's liability in order to recover from the policy. For this reason, my Clients seek an order from the bankruptcy court authorizing the commencement of an action against the debtor, nominally, in order to establish the Debtor's liability to collect from the third-party insurer.

Executed under penalty of perjury this 4th day of May, 2023 at Marin County, California.

/s/ Patricia K. Conway
PATRICIA K. CONWAY