1    3

2    David N. Chandler, Jr.   SBN 235427
     DAVID NYLE CHANDLER P.C.
3    1747 Fourth Street
     Santa Rosa, CA  95404
4    Telephone: (707) 528-4331
     email: dave@dnchandler.com
5
     Attorney for Eric and Samantha Palm
6

7

8                    UNITED STATES BANKRUPTCY COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10                        SACRAMENTO DIVISION

11

12    IN RE:                      BK NO. 23-20695

13                                DNC-1

14    TRUSSTED PLANS & DESIGN INC.,   Chapter 7

15

16                                EXHIBITS TO THE DECLARATION OF
                                  PATRICIA K. CONWAY RE: MOTION
17    _____Debtor._____/   FOR RELIEF FROM AUTOMATIC STAY
                                  Date:  June 28, 2023
18                                Time:  10:00 a.m.
                                  Place: Bankruptcy Court
19                                       501 I Street, 6th Floor
                                         Sacramento, CA
20                                       Courtroom 35

21        Eric and Samantha Palm, unsecured creditors and Movants, will

22    refer to the following Exhibit(s) to the Declaration of Patricia K.

23    Conway Re: Motion for Relief From Automatic Stay:

24

25    **Exhibit:  Title:**                              **Page:**

26    A          Certificate of Liability Insurance      3

27

28

                                    1


EXHIBIT A



# CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YYYY)**
01/03/2023

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: | | |
|---|---|---|---|
| Next First Insurance Agency, Inc.<br>PO Box 60787<br>Palo Alto, CA 94306 | **PHONE (A/C, No, Ext):** (855) 222-5919 | | **FAX (A/C, No):** |
| | **E-MAIL ADDRESS:** support@nextinsurance.com | | |
| | **INSURER(S) AFFORDING COVERAGE** | | **NAIC #** |
| | INSURER A : State National Insurance Company, Inc. | | 12831 |
| **INSURED**<br>TRUSSted Plans & Design<br>1690 Shirley Dr<br>Benicia, CA 94510 | INSURER B : | | |
| | INSURER C : | | |
| | INSURER D : | | |
| | INSURER E : | | |
| | INSURER F : | | |

## COVERAGES  CERTIFICATE NUMBER: 682337320  REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| | **COMMERCIAL GENERAL LIABILITY**<br>☐ CLAIMS-MADE ☐ OCCUR | | | | | | EACH OCCURRENCE | $ |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ |
| | | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $ |
| | GEN'L AGGREGATE LIMIT APPLIES PER:<br>☐ POLICY ☐ PRO-JECT ☐ LOC<br>OTHER: | | | | | | GENERAL AGGREGATE | $ |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ |
| | | | | | | | | $ |
| | **AUTOMOBILE LIABILITY**<br>☐ ANY AUTO<br>☐ OWNED AUTOS ONLY ☐ SCHEDULED AUTOS<br>☐ HIRED AUTOS ONLY ☐ NON-OWNED AUTOS ONLY | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | **UMBRELLA LIAB** ☐ OCCUR<br>**EXCESS LIAB** ☐ CLAIMS-MADE | | | | | | EACH OCCURRENCE | $ |
| | | | | | | | AGGREGATE | $ |
| | ☐ DED ☐ RETENTION $ | | | | | | | $ |
| | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY**<br>ANYPROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? ☐ Y / N<br>**(Mandatory in NH)**<br>If yes, describe under DESCRIPTION OF OPERATIONS below | N/A | | | | | ☐ PER STATUTE ☐ OTHER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| A | Professional Liability (Errors & Omissions)<br>CLAIMS-MADE | | | NXTA6IOMA0-01-PL | 03/30/2022 | 03/30/2023 | Per Claim Limit: | $1,000,000.00 |
| | | | | | | | Aggregate Limit: | $2,000,000.00 |
| | | | | | | | Per Claim Deductible: | $2,000.00 |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)**

Proof of Insurance.

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| TRUSSted Plans & Design<br>1690 Shirley Dr<br>Benicia, CA 94510 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| **LIVE CERTIFICATE**<br><br>Click or scan to view | **AUTHORIZED REPRESENTATIVE** |

© 1988-2015 ACORD CORPORATION. All rights reserved.

**ACORD 25 (2016/03)**  The ACORD name and logo are registered marks of ACORD