1    2

2   David N. Chandler, Jr.   SBN 235427
    DAVID NYLE CHANDLER P.C.
3   1747 Fourth Street
    Santa Rosa, CA  95404
4   Telephone: (707) 528-4331
    email: dave@dnchandler.com

5
    Attorney for Eric and Samantha Palm
6

7

8                UNITED STATES BANKRUPTCY COURT

9               EASTERN DISTRICT OF CALIFORNIA

10                  SACRAMENTO DIVISION

11

12   IN RE:                          BK NO. 23-20695

13                                   DNC-1

14   TRUSSTED PLANS & DESIGN INC.,   Chapter 7

15

16                                   ORDER GRANTING MOTION FOR
17   _____Debtor._____/  RELIEF FROM AUTOMATIC STAY

18

19       The Motion for Relief From Automatic Stay having been filed by

20   Eric and Samantha Palm on May 5, 2023 [Doc. # 10-17], the matter

21   having come on regularly for hearing on June 28, 2023 before the

22   above-entitled Court; appearances having been made at the hearing

23   as shown in the record; no opposition having been filed and default

24   having been entered against any party entitled to oppose the

25   Motion; for the reasons stated on the record; and good cause

26   appearing therefore,

27       IT IS HEREBY ORDERED:

28       1.   Eric and Samantha Palm demonstrated cause to lift the

Automatic Stay within the meaning of 11 U.S.C. § 362(d)(1) as well as the Debtor having no equity in a payout from the subject policy of insurance and the same not being necessary to an effective plan of reorganization within the meaning of 11 U.S.C. § 362(d)(2) and, accordingly, the Motion for Relief From Automatic Stay [Doc. # 10-17] is granted;

2.     The applicable provisions of the Automatic Stay under 11 U.S.C. § 362(a) are terminated such that Eric and Samantha Palm are permitted and authorized to commence a state court lawsuit against the Debtor, nominally, in order to establish the Debtor's liability by way of a judgment and/or settlement and to collect from a third-party insurer on the Debtor's policy of insurance, namely State National Insurance Company, Inc. and Policy Number NXTA6IOMA0-01-PL; and

3.     The 14-day stay under Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is waived.


Dated: June 29, 2023


_____
United States Bankruptcy Judge