```
                    UNITED STATES BANKRUPTCY COURT
                     EASTERN DISTRICT OF CALIFORNIA
                              CIVIL MINUTES
```

**Case Title:** Trussted Plans & Design Inc.

**Case No.:** 23-20695 - C - 7

**Docket Control No.** DNC-1

**Date:** 06/28/2023

**Time:** 10:00 AM

**Matter:** [10] - Motion for Relief from Automatic Stay [DNC-1] Filed by Creditors Samantha Palm, Eric Palm (Fee Paid $0.00) (eFilingID: 7212570) (svim)

**Judge:** Christopher M. Klein
**Courtroom Deputy:** Lindsey Peratis
**Reporter:** Electronic Record
**Department:** C

**APPEARANCES for:**
**Movant(s):**
(by zoom) Creditor's Attorney - David N. Chandler Jr.
**Respondent(s):**
None

### CIVIL MINUTES

Motion Granted; default entered as to Debtor and Trustee.

Findings of fact and conclusions of law stated orally on the record

   **ORDER TO BE PREPARED BY: Mr. Chandler**